THE BROWN LAW FIRM, P.C.
Robert C. Moest, SBN 62166
Of Counsel
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

THE BROWN LAW FIRM, P.C.
Timothy W. Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| ANDRE ROSOWSKY, Derivatively and on Behalf of CAPSTONE TURBINE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>DARREN R. JAMISON, NOAM LOTAN, GARY J. MAYO, GARY D. SIMON, ELIOT G. PROTSCH, HOLLY A. VAN DEURSEN, DARRELL J. WILK, RICHARD K. ATKINSON, JOHN V. JAGGERS, JAYME L. BROOKS, and EDWARD I. REICH,<br><br>Defendants,<br><br>and<br><br>CAPSTONE TURBINE CORP.,<br><br>Nominal Defendant. | Case No. 8:17-cv-698 DMG (RAOx)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(I) |

Pursuant to F.R.C.P. 41(a)(1)(A)(I) and 23.1© of the Federal Rules of Civil Procedure, Plaintiff Andre Rosowsky hereby gives notice that the above-captioned

1 action is voluntarily dismissed without prejudice against Defendants.

2     Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that
3 Defendants have neither answered the Complaint nor filed a motion for summary
4 judgment. Notice of the voluntary dismissal is not required under Fed. R. Civ. P.
5 23.1© because neither Plaintiff nor Plaintiff's counsel have received or will receive
6 any compensation for this dismissal.

7 Dated: May 4, 2017     RESPECTFULLY SUBMITTED,

8     THE BROWN LAW FIRM, P.C.
    Timothy W. Brown
9     Robert C. Moest, of Counsel

10     By:    S/ Robert C. Moest
        Robert C. Moest
11     Attorneys for Plaintiff